**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
                (State)

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

# Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | Golden Sphinx Limited | |
| 2. Debtor's unique identifier | **For non-individual debtors:** <br><br> ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __ <br><br> ☑ Other 78090 . Describe identifier Jersey Company Number <br><br> **For individual debtors:** <br><br> ☐ Social Security number: xxx – xx– __ __ __ __ <br><br> ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __ <br><br> ☐ Other _____ . Describe identifier _____ | |
| 3. Name of foreign representative(s) | Andrew Wood and Alexander Adam | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | In the Matter of Golden Sphinx Limited (creditors' winding up pursuant to Companies (Jersey) Law 1991) | |
| 5. Nature of the foreign proceeding | *Check one:* <br> ☐ Foreign main proceeding <br> ☐ Foreign nonmain proceeding <br> ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. <br><br> ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached. <br><br> ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. <br><br> Declaration of Foreign Representative | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) <br> ☑ Yes | |

| Debtor | Golden Sphinx Limited | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**  Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Bailiwick of Jersey

Debtor's registered office:

Suite 3, Burlington House, St. Saviour's Road
Number    Street

P.O. Box

St. Helier                                            JE2 4LA
City         State/Province/Region    ZIP/Postal Code

Jersey
Country

Individual debtor's habitual residence:

Number    Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

Address of foreign representative(s):

Number    Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

**10. Debtor's website (URL)**    N/A

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Debtor   Golden Sphinx Limited
         Name                                                          Case number (if known)

**12. Why is venue proper in *this* district?**

Check one:
- ☑ Debtor's principal place of business or principal assets in the United States are in this district.
- ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

  _____

- ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

  _____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

✗ _____    Andrew Wood
  Signature of foreign representative               Printed name

Executed on _____
            MM / DD / YYYY

✗ _____    Alexander Adam
  Signature of foreign representative               Printed name

Executed on   08/09/2022
              MM / DD / YYYY

**14. Signature of attorney**

✗ _____    Date _____
  Signature of Attorney for foreign representative       MM / DD / YYYY

Michael Zorkin
Printed name

The Zorkin Firm
Firm name

6320 Canoga Ave., 15th Floor
Number   Street

Woodland Hills                              CA        91367
City                                        State     ZIP Code

(323) 493-8075                              mz@thezorkinfirm.com
Contact phone                               Email address

Bar No. 313308                              CA
Bar number                                  State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

Debtor __Golden Sphinx Limited__    Case number (if known) _____
     Name

**12. Why is venue proper in *this district*?**

Check one:

- ☑ Debtor's principal place of business or principal assets in the United States are in this district.
- ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____
- ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _[signature]_    Andrew Wood
Signature of foreign representative    Printed name

Executed on __08/09/2022__
         MM / DD / YYYY

X _____    Alexander Adam
Signature of foreign representative    Printed name

Executed on _____
         MM / DD / YYYY

**14. Signature of attorney**

X _____    Date _____
Signature of Attorney for foreign representative    MM / DD / YYYY

Michael Zorkin
Printed name
The Zorkin Firm
Firm name
6320 Canoga Ave., 15th Floor
Number     Street
Woodland Hills    CA    91367
City    State    ZIP Code

(323) 493-8075    mz@thezorkinfirm.com
Contact phone    Email address

Bar No. 313308    CA
Bar number    State

| Debtor | Golden Sphinx Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ _____    Andrew Wood
Signature of foreign representative    Printed name

Executed on  _____
                MM / DD / YYYY

✘ _____    Alexander Adam
Signature of foreign representative    Printed name

Executed on  _____
                MM / DD / YYYY

**14. Signature of attorney**

✘ /s/ Michael Zorkin    Date  Aug. 9, 2022
Signature of Attorney for foreign representative        MM / DD / YYYY

Michael Zorkin
Printed name

The Zorkin Firm
Firm name

6320 Canoga Ave., 15th Floor
Number    Street

Woodland Hills    CA    91367
City    State    ZIP Code

(323) 493-8075    mz@thezorkinfirm.com
Contact phone    Email address

Bar No. 313308    CA
Bar number    State