**FILED & ENTERED**

**NOV 07 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> Golden Sphinx Limited, <br><br><br><br> Debtor. | Case No.:   2:22-bk-14320-NB <br> Chapter:   15 <br><br> **ORDER ON (1) REASSIGNMENT OF RELATED CASE AND (2) STATUS CONFERENCE** <br><br> Status Conference: <br> Date:  November 14, 2023 <br> Time:  2:00 p.m. <br> Place: Courtroom 1545 <br>         255 E. Temple Street <br>         Los Angeles, CA 90012 <br> (or via Zoomgov per posted procedures) |

This Court has reviewed (a) the Motion to Reassign Related Case (the "Reassignment Motion," dkt. 111), pertaining to *In re Aleksandr Vitalievich Sabadash* (Case No. 2:23-bk-15574-WB), (b) the associated application for an order shortening time for a hearing on the Reassignment Motion (the "OST App.," dkt. 112), (c) the declaration in support of both the Reassignment Motion and the OST App. (dkt. 113), and (d) the response (dkt. 114) filed by Alexander Ivanovich Gavva (the "Sabadash Foreign Representative").  The response states that the Sabadash Foreign Representative does not oppose reassignment as stated in the Reassignment

Motion. In addition, this Court finds that reassignment is required under the provisions of General Order 11-01. Based on the foregoing and this Court's review of the dockets and records of these cases, and good cause appearing, it is hereby ORDERED:

1. The Reassignment Motion is hereby GRANTED.

2. The OST App. is hereby DENIED as MOOT.

3. This Court will hold a status conference at the above-captioned date and time, the purpose of which is to address scheduling, case management, and any other appropriate matters, including when to reschedule the hearing on the motion of the Sabadash Foreign Representative for recognition of the foreign proceeding in the Sabadash bankruptcy case, from the currently scheduled hearing on November 16, 2023 before Judge Brand to a hearing before the undersigned Bankruptcy Judge. The tentative ruling is to reschedule the hearing to November 14, 2023 at 2:00 p.m. (Pacific time), without changing the current schedule for filing and serving any opposition and reply papers (thereby slightly shortening time between the reply deadline and the hearing date, pursuant to Rule 9006(c), Fed. R. Bankr. P.).

4. The parties are directed to meet and confer regarding the foregoing matters. They are encouraged to file any stipulations and/or lodge any appropriate agreed orders prior to the above-captioned hearing.

###

Date: November 7, 2023

Neil W. Bason
United States Bankruptcy Judge