**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (Bar No. 101081)
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone: (213) 621-0802
Fax:  (213) 624-4840
dmccarthy@hillfarrer.com

Attorneys for Creditor
GARRY Y. ITKIN

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:22-bk-14320-NB |
| GOLDEN SPHINX LIMITED, | Chapter 15 |
| Debtor in a Foreign Proceeding. | **CREDITOR GARRY Y. ITKIN'S STATUS REPORT IN CONNECTION WITH CONTINUED HEARING ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY** |
| | DATE:  December 5, 2023<br>TIME:  2:00 p.m.<br>CTRM.:  1545 |

**TO:    THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE:**

Creditor Garry Y. Itkin ("Mr. Itkin") respectfully submits this Status Report in connection with the continued hearing on his Motions for Relief from Automatic Stay ("Motions") (docket nos. 48 and 49).

1.    The Motions were filed on September 16, 2022.  By the Motions, Mr. Itkin sought relief from the automatic stay to proceed with litigation against Golden Sphinx Limited ("Debtor") and, to the extent necessary, certain affiliated parties in the Los Angeles Superior Court and the United States District Court for the Central District of California.

2.    This Court issued an order determining that the automatic stay did not apply to

-1-

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

certain causes of action alleged by AFB Trading One, Inc., MBJEP Limited, and M-Nice Limited against Mr. Itkin in the State Court action (docket no. 70, ¶ 5), but the Court otherwise held that the automatic stay applied to the other causes of action by and against Mr. Itkin in the State Court action (*id.*) and to Mr. Itkin's complaint and the Debtor's counterclaim in the District Court action.  (Docket no. 71.)  The hearing on the balance of the Motions has been continued from time to time for the Court to determine whether to grant relief from the automatic stay.

3.      The entire District Court action has remain stayed and, due to the application of the automatic stay to most of the State Court action, the State Court has considered the entire State Court action stayed.  A continued conference regarding the status of the bankruptcy is scheduled in the State Court action for January 16, 2024.

4.      At first, the continuance of the hearing on the Motions was to provide the Foreign Representatives (Andrew Wood and Alexander Adam) time to familiarize themselves with the Debtor in their capacity as the Joint Liquidators in the Jersey Liquidation proceeding.  Later, the continuances occurred because Mr. Itkin had filed a motion to remove the Joint Liquidators in the Jersey Liquidation proceeding, and this Court preferred to wait for the Jersey Court's ruling on the removal motion before deciding the Motions.

5.      While expressing concerns about the Joint Liquidators, the Royal Court of Jersey denied Mr. Itkin's motion to remove the Joint Liquidators in the Jersey Liquidation proceeding by judgment entered on June 23, 2023.  (See Docket no. 110, Exh. A.)

6.      The Foreign Representatives/Joint Liquidators have not identified any investigations they postponed while they awaited the Jersey Court's ruling on Mr. Itkin's removal motion, and their ability to investigate and to fulfill their duties clearly has not been constrained since June 23, 2023.

7.      The Foreign Representatives have had ample time to investigate the District Court action between the Debtor and Mr. Itkin and the State Court action between the Debtor, Mr. Itkin and multiple third parties, including Alexander Sabadash, New Albion Property Limited, AFB Trading One, Inc., MBJEP Limited, and M-Nice Limited.  More than a year has passed since they were appointed as Joint Liquidators for the Debtor in Jersey on July 6, 2022 (see docket no. 10

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

(Recognition Motion), at 7: 12-15), and more than a year has passed since the September 6, 2022 hearing at which this Court recognized the Jersey Liquidation proceeding and recognized the Foreign Representatives as the duly appointed and authorized representatives in the Jersey Liquidation within the meaning of section 101(24) of the Bankruptcy Code.  (Docket  no. 42.)

8.	If the balance of the requested relief from the automatic stay is granted at this time, it surely will take some time before the trial in the State Court action (which originally commenced in March 2020, but was halted due to the Covid-19 pandemic) can occur.  Similarly, although expert and non-expert discovery and motion deadlines passed in the District Court action before Debtor's Chapter 15 case was filed (docket no. 49, Exh. C), a trial date had not been set in the District Court action, and it will take some time before trial may occur in the District Court action.  Although the Foreign Representatives have not suggested that they must obtain order from the Jersey Court permitting them to seek leave to intervene in the State Court and District Court actions, they will have time to obtain such an intervention order in the State Court and District Court Actions pursuant to 11 U.S.C. section 1524 well before any trial dates, if necessary.

9.	While this Court has properly shown deference to the Royal Court of Jersey, which is presiding over the Debtor's liquidation proceeding, that Court has not issued a ruling that provides guidance to this Court regarding whether it should permit the State Court and District Court Actions to proceed on the matters that this Court has ruled are subject to the automatic stay in this Chapter 15 case.  If this Court is not inclined to grant Mr. Itkin relief from the automatic stay at this point because it is waiting for something to occur in the Debtor's foreign liquidation proceeding, Mr. Itkin believes that the best way for this Court to obtain guidance is to ask for it pursuant to 11 U.S.C. section 1525(b), which states:

> The court is entitled to communicate directly with, or to request information or assistance directly from, a foreign court or a foreign representative, subject to the rights of a party in interest to notice and participation.

10.	In that regard, Mr. Itkin suggests that the Court issue an order in this Chapter 15 case, which requests assistance from the Royal Court of Jersey in the Debtor's liquidation

proceeding and which authorizes the parties to submit that order to the Royal Court of Jersey. That request would ask the Royal Court of Jersey for direction on whether this Court should modify the automatic stay to permit the State Court Action and the District Court Action to proceed in all respects, after providing Mr. Itkin and the Foreign Representatives an opportunity to submit briefs in that regard to the Royal Court.

11.    Mr. Itkin is aware that this Court has transferred the Chapter 15 case of Aleksandr Vitalievich Sabadash, Case No. 2:23-bk-15574-WB, to the Honorable Neil W. Bason (docket no. 116); that the financial manager (Mr. Alexander Ivanovich Gavva) in Mr. Sabadash's liquidation proceeding, which is pending in the Arbitration Court of the Moscow Region of the Russian Federation, has filed a motion for recognition of that foreign proceeding and for recognition of himself as the foreign representative; that Mr. Sabadash has opposed that motion; and that a continued hearing on that motion is scheduled for December 5, 2023.  In the event that motion is granted, an automatic will go into effect in Mr. Sabadash's Chapter 15  case pursuant to 11 U.S.C. section 1520(a)(1), which states: "Upon recognition of a foreign proceeding that is a foreign main proceeding—(1) sections 361 and 362 apply with respect to the debtor and the property of the debtor that is within the territorial jurisdiction of the United States;…."

12.    If the recognition motion is granted in Mr. Sabadash's Chapter 15 case, Mr. Itkin intends to file motions for relief from the automatic stay in that case seeking permission to proceed against Mr. Sabadash in the State Court Action in which Mr. Sabadash is a party and, to the extent necessary, in the District Court Action in which Mr. Sabadash is not named as a party. Mr. Itkin also will ask this Court to issue a request for assistance to the Arbitration Court in Mr. Sabadash's foreign proceeding in Moscow similar to the above-described request to the Royal Court of Jersey.

WHEREFORE, Mr. Itkin respectfully requests that the Court grant his Motions at this time so the State Court and District Court Actions may proceed, especially as to the first cause of action to dissolve the partnership between Mr. Itkin and Mr. Sabadash that is alleged by Mr. Itkin in the State Court action pursuant to Corporations Code § 16801 et seq.  In the event the Court is not inclined to grant the Motions at this time, Mr. Itkin respectfully requests that this Court issue

- 4 -

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

an order that asks the Royal Court of Jersey for direction on whether this Court should modify the automatic stay to permit the State Court Action and the District Court Action to proceed in all respects, after providing Mr. Itkin and the Foreign Representatives an opportunity to submit briefs in that regard to the Royal Court.

DATED:  November 28, 2023

HILL, FARRER & BURRILL LLP

By:  _/s/ Daniel J. McCarthy_
　　　Daniel J. McCarthy
　　　Attorneys for Creditor
　　　GARRY Y. ITKIN

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 300 South Grand Ave., 37th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **CREDITOR GARRY Y. ITKIN'S STATUS REPORT IN CONNECTION WITH CONTINUED HEARING ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 28, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin R King on behalf of Interested Party Alexander Ivanovich Gavva
bking@loeb.com; karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com

Boris Treyzon on behalf of Creditor Garry Y. Itkin
btreyzon@actslaw.com pjs@actslaw.com

Daniel J McCarthy on behalf of Creditor Garry Y. Itkin
dmccarthy@hillfarrer.com spadilla@hillfarrer.com;nchacon@hfbllp.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Keith C Owens on behalf of Interested Party Aleksandr Vitalievich Sabadash
kowens@foxrothschild.com khoang@foxrothschild.com

Kurt  Ramlo on behalf of Debtor   Golden Sphinx Limited
kr@lnbyg.com, kr@ecf.inforuptcy.com

Kyle Ortiz on behalf of Debtor Golden Sphinx Limited
kortiz@teamtogut.com; dperson@teamtogut.com;rhoward@teamtogut.com;
eblander@teamtogut.com;astolp@teamtogut.com

Michael Zorkin on behalf of Debtor Golden Sphinx Limited
mz@thezorkinfirm.com

Schuyler Carroll on behalf of Interested Party Alexander Ivanovich Gavva
scarroll@loeb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 28, 2023 | Sonia Padilla | /s/ Sonia Padilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147