FILED & ENTERED

DEC 04 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Golden Sphinx Limited,<br><br><br><br><br><br>Debtor. | Case No.:    2:22-bk-14320-NB<br><br>Chapter:    15<br><br>**ORDER CONTINUING STATUS CONFERENCE AND HEARINGS ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Original Hearing Date:<br>Date:  December 5, 2023<br>Time:  2:00 p.m.<br>Place: Courtroom 1545<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012<br>(or via ZoomGov per posted procedures)<br><br>Continued Hearing Date:<br>Date:  December 19, 2023<br>Time:  2:00 p.m.<br>Place: Courtroom 1545<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012<br>(or via ZoomGov per posted procedures) |

To accommodate this Court's scheduling needs, it is hereby ORDERED:

1.  The hearings on the (x) motions for relief from the automatic stay (dkt. 48 & 49) and (y) status conference are CONTINUED as set forth in the

-1-

-2-

caption above.  Absent further order of this Court, the parties are directed **not** to file any additional papers in connection with the continued matters.

2.  To the extent that the continuance presents a scheduling conflict for any of the parties, they are directed to contact chambers to discuss specially setting a different continued hearing date and time.

                                       ###

Date: December 4, 2023

Neil W. Bason
United States Bankruptcy Judge