FILED & ENTERED

MAR 20 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

Golden Sphinx Limited,

                                                    Debtor.

Case No.:    2:22-bk-14320-NB

Chapter:    15

**ORDER SETTING CONTINUED STATUS CONFERENCE**

Status Conference:
Date:  March 12, 2024
Time:  2:00 p.m.

Cont'd Status Conference:
Date:  April 9, 2024
Time:  2:00 p.m.

Place: Courtroom 1545
          255 E. Temple Street
          Los Angeles, CA 90012
(or via ZoomGov per posted procedures)

At the time and place set forth above, this Bankruptcy Court conducted a status conference on both its "Order Establishing Procedures for Parties to Respond to Draft Correspondence with the Royal Court of Jersey" (dkt. 129, the "Correspondence Order") and on two motions for relief from the automatic stay (dkt. 48 & 49, the "R/S Motions") filed by Mr. Garry Y. Itkin.  For the reasons stated on the record (incorporated herein as

-1-

-2-

permitted by Rule 52(a) (Fed. R. Civ. P.), made applicable by Rules 7052 and 9014(c) (Fed. R. Bankr. P.)), it is hereby ORDERED:

1) A continued status conference on the Correspondence Order and the R/S Motions will take place as set forth in the caption above.

2) No status reports or any other papers are to be filed or served unless and until the Foreign Representatives and Mr. Itkin (a) meet and confer and (b) telephone chambers and obtain authorization to file status reports to apprise this Court of any important developments.

###

Date: March 20, 2024

Neil W. Bason
United States Bankruptcy Judge

-2-