| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>LEVENE, NEALE, BENDER, YOO<br>& GOLUBCHIK L.L.P.<br>Kurt Ramlo (SBN 166856)<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>kr@lnbyg.com<br>Telephone: (310) 229-1234<br><br>TOGUT, SEGAL & SEGAL LLP<br>Kyle J. Ortiz (NY 4818571) (admitted pro hac vice)<br>kortiz@teamtogut.com<br>Ronald Howard (NY 5256086) (admitted pro hac vice)<br>rhoward@teamtogut.com<br>Eitan Blander (NY 5693213) (admitted pro hac vice)<br>eblander@teamtogut.com<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Telephone: (212) 594-5000<br><br>Attorneys to the Foreign Representatives<br>of Golden Sphinx Limited<br><br>☐ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 03 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>GOLDEN SPHINX LIMITED,<br><br>Debtor in a Foreign Proceeding. | CASE NO.: 2:22-bk-14320-NB<br>CHAPTER: 15 |
|---|---|
| | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (LASC CASE NO. BC647351) [DOCKET NO. 48]** |
| | DATE: December 17, 2024<br>TIME: 2:00 P.M.<br>COURTROOM: 1545 and via ZoomGov<br>PLACE: 255 East Temple St., Los Angeles CA 90012 |
| **Movant:** Garry Y. Itkin | |

1. The Motion was:  ☒ Opposed   ☐ Unopposed   ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):*

   Los Angeles Superior Court case no. BC647351 (the "**State Court Action**")

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 1    **F 4001-1.RFS.DENY.ORDER**

#2877576v1 I8458 002

3. The Motion is denied: ☒ without prejudice  ☐ with prejudice  ☒ on the following grounds:

   a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☒ Lack of good cause shown for relief from stay
   e. ☐ No stay is in effect under:
      (1) ☐ 11 U.S.C. § 362(c)(2)(A)
      (2) ☐ 11 U.S.C. § 362(c)(2)(B)
      (3) ☐ 11 U.S.C. § 362(c)(3)(A)
      (4) ☐ 11 U.S.C. § 362(c)(4)(A)
   f. ☒ Other *(specify)*:

      Notwithstanding the denial of the Motion, proceedings on the causes of action alleged by AFB Trading One, Inc., M-BJEP Limited, and M-Nice Limited in the Second Amended Complaint in the State Court Action are not stayed pursuant to the automatic stay in 11 U.S.C. § 362(a), as set forth in paragraph 5 of the Court's *Order Determining Applicability of Automatic Stay, Partially Granting Creditor Garry Y. Itkin's Motion for Relief from Stay (LASC Case No. BC647351) and Continuing Hearing on Balance of the Motion [Docket No. 48]* [Docket No. 70] (the "**Original Order**"), and the scope of the automatic stay that also was stated in paragraphs 1 to 4 of the Original Order shall remain the Order of the Court.

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

5. The Court shall hold a status conference on January 28, 2025 at 2:00 p.m. (the "**Status Conference**").

6. Should there be any developments concerning proceedings before the Royal Court of Jersey which either Party wishes to bring to the Court's attention prior to the Status Conference, either Party may, but is not required to, file a brief status report no later than January 16, 2025.

7. This Order shall supersede the Original Order to the extent the Original Order is inconsistent with this Order.

###

Date: January 3, 2025

Neil W. Bason
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                                    F 4001-1.RFS.DENY.ORDER

#2877576v1 I8458 002