| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kurt Ramlo (SBN 166856) <br> RAMLO LAW <br> 15021 Ventura Blvd., #544 <br> Los Angeles, CA 91403 <br> RamloLegal@gmail.com <br> (310) 880-9208 <br><br> Local Counsel for Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives of Golden Sphinx Limited, a corporation organized and existing under the laws of Jersey <br><br> *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: <br> GOLDEN SPHINX LIMITED, <br><br> Debtor in a Foreign Proceeding. <br> Debtor(s). | CASE NO.: 2:22-bk-14320-NB <br> ADVERSARY NO.: <br> (*if applicable*) <br> CHAPTER: 15 |
|---|---|
| Plaintiff(s), <br> vs. <br><br><br> Defendant(s). | **SUBSTITUTION OF ATTORNEY** <br><br> **[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

   Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives of Golden Sphinx Limited, a corporation organized and exand existing under the laws of Jersey

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

   Kurt Ramlo, RAMLO LAW, 15021 Ventura Blvd., #544, Los Angeles, CA 91403, RamloLegal@gmail.com, as local counsel

   (Togut, Segal & Segal LLP remain primary counsel for the foreign representatives.)

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☐ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 1    **F 2091-1.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Levene, Neale, Bender, Yoo & Golubchik L.L.P.

Date: April 29, 2025

_____  
Signature of party  
Andrew Wood, foreign representative  
Printed name of party

_____  
Signature of *second* party (if applicable)  
Alexander Adam, foreign representative  
Printed name of *second* party (if applicable)

_____  
Signature of *third* party (if applicable)  
Printed name of *third* party (if applicable)

_____  
Signature of *fourth* party (if applicable)  
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: May 2, 2025

/s/ Ron Bender  
_____  
Signature of present attorney

Ron Bender, Levene, Neale, Bender, Yoo & Golubchi  
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: June 2, 2025

/s/ Kurt Ramlo  
_____  
Signature of new attorney

Kurt Ramlo  
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*  Page 2  F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15021 Ventura Blvd. #544, Sherman Oaks, 2818 La Cienega Avenue, Los Angeles, CA 91403.

A true and correct copy of the foregoing document entitled **SUBSTITUTION OF ATTORNEY [LBR 2091-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 3, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Schuyler Carroll    SCarroll@manatt.com, lduong@manatt.com
- Benjamin R King    bking@loeb.com, karnote@loeb.com; ladocket@loeb.com; bking@ecf.courtdrive.com
- Dare Law    dare.law@usdoj.gov
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; dflowers@hfbllp.com
- Kyle Ortiz    kortiz@teamtogut.com, dperson@teamtogut.com; rhoward@teamtogut.com; eblander@teamtogut.com; astolp@teamtogut.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- Kurt Ramlo    kr@lnbyg.com, kr@ecf.courtdrive.com
- Boris Treyzon    btreyzon@actslaw.com, pjs@actslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **June 3, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 3, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 3, 2025 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**