**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (SBN 101081)
dmccarthy@hillfarrer.com
City National Plaza
515 S. Flower Street, 7th Floor
Los Angeles, CA 90071
Telephone: (213) 621-0802

Attorneys for Creditor Garry Y. Itkin

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOLDEN SPHINX LIMITED,<br><br>Debtor in a Foreign Proceeding. | Case No. 2:22-bk-14320-NB<br><br>Chapter 15<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective June 16, 2025, the address of counsel for Attorneys for Foreign Representatives of GOLDEN SPHINX LIMITED is as follows:

HILL, FARRER & BURRILL LLP
City National Plaza
515 S. Flower Street, 7th Floor
Los Angeles, CA 90071

Our main telephone and fax numbers will remain the same.

#2978402v1 I8458 002                                -1-

| | | |
|---|---|---|
| DATED: June 27, 2025 | | HILL, FARRER & BURRILL LLP |
| | By: | */s/ Daniel J. McCarthy* |
| | | Daniel J. McCarthy |
| | | Attorneys to the Foreign Representatives of GOLDEN SPHINX LIMITED |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

#2978402v1 I8458 002

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 515 S. Flower Street, 7th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE OF FIRM ADDRESS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 27, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Benjamin R King on behalf of Interested Party Alexander Ivanovich Gavva
bking@loeb.com; karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com

Boris Treyzon on behalf of Creditor Garry Y. Itkin
btreyzon@actslaw.com pjs@actslaw.com

Daniel J McCarthy on behalf of Creditor Garry Y. Itkin
dmccarthy@hillfarrer.com spadilla@hillfarrer.com;nchacon@hfbllp.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Keith C Owens on behalf of Interested Party Aleksandr Vitalievich Sabadash
kowens@foxrothschild.com khoang@foxrothschild.com

Kurt Ramlo on behalf of Debtor   Golden Sphinx Limited
kr@lnbyg.com, kr@ecf.inforuptcy.com

Kyle Ortiz on behalf of Debtor Golden Sphinx Limited
kortiz@teamtogut.com; dperson@teamtogut.com;rhoward@teamtogut.com; eblander@teamtogut.com;astolp@teamtogut.com

Schuyler Carroll on behalf of Interested Party Alexander Ivanovich Gavva
scarroll@loeb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> <u>(state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)

#2978402v1 I8458 002                              - 3 -

_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2025 | Sonia Padilla | /s/ Sonia Padilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**HILL, FARRER & BURRILL LLP**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

#2978402v1 I8458 002

- 4 -