| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Kyle J. Ortiz (NY SBN 4818571)<br>Herbert Smith Freehills Kramer (US) LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>212-715-9100; 212-715-8000<br>kyle.ortiz@hsfkramer.com<br><br>☑ *Attorney for* Foreign Representatives of Golden Sphinx Limited | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re  Golden Sphinx Limited

                                                                     Debtor(s),

CHAPTER  15

CASE NUMBER  2:22-bk-14320-NB

                                                                     Plaintiff(s),

☐ ADVERSARY NUMBER (if applicable)
☐ See attached list for multiple cases that require an update to the attorneys information

vs.

                                                                     Debtor(s).

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Kyle J. Ortiz_____, __4818571_____, __kyle.ortiz@hsfkramer.com_____
        *Name*                    *Bar ID Number*                    *E-Mail Address*

  ☐ am **counsel of record** or
  ☑ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*
Andrew Wood and Alexander Adam, in their capacities as foreign representatives of Golden Sphinx Limited

  ☐ am **counsel of record** or
  ☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name _Herbert Smith Freehills Kramer (US) LLP_____
New Address _1177 Avenue of the Americas, New York, New York 10036_____
New Telephone Number _(212) 715-9100_____ New Facsimile Number _(212) 715-8000____
New E-Mail Address _kyle.ortiz@hsfkramer.com_____

Notice of Change of Address or Law Firm

(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
   ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
   ❏ I am, or
   ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

   **Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

   **CHECK ONE BOX**
   ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
   ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
   ❏ I am, or
   ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

   \*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 7/2/25                                          /s/ Kyle J. Ortiz
                                                       Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.


Dated: July 2, 2025                RAMLO LAW

                                    */s/ Kurt Ramlo*
                                   Kurt Ramlo

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**15021 Ventura Blvd. #544, Sherman Oaks, CA  91403**.

A true and correct copy of the foregoing document entitled

**Notice of Attorney Change of Address or Law Firm**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On July 2, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Schuyler Carroll**         SCarroll@manatt.com, lduong@manatt.com
- **Benjamin R King**         bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- **Dare Law**         dare.law@usdoj.gov
- **Daniel J McCarthy**         dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Kyle Ortiz**         kyle.ortiz@hsfkramer.com, dperson@teamtogut.com; rhoward@teamtogut.com; eblander@teamtogut.com
- **Keith C Owens**         kowens@foxrothschild.com, khoang@foxrothschild.com
- **Kurt Ramlo**         RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Oleg Stolyar**         astolyar@loeb.com
- **Boris Treyzon**         btreyzon@actslaw.com, pjs@actslaw.com
- **United States Trustee (LA)**         ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 2, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 2, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2025 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                   **F 9013-3.1.PROOF.SERVICE**