RAMLO LAW
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Sherman Oaks, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

HERBERT SMITH FREEHILLS KRAMER (US) LLP
Kyle J. Ortiz (NY 4818571) (admitted *pro hac vice*)
Kyle.Ortiz@hsfkramer.com
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

Attorneys to the Foreign Representatives
of Golden Sphinx Limited

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOLDEN SPHINX LIMITED,<br><br>     Debtor in a Foreign Proceeding. | Case No. 2:22-bk-14320-NB<br>Hon. Neil W. Bason<br><br>Chapter 15<br><br>**Foreign Representatives' Status Report**<br><br>Hearing Date: October 7, 2025<br>Hearing Time: 2:00 p.m.<br>Courtroom: 1545 and via ZoomGov |

Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives (in such capacity, the "**Foreign Representatives**") of Golden Sphinx Limited, a corporation organized and existing under the laws of Jersey (the "**Debtor**"), by and through their undersigned counsel, respectfully submit this status report in advance of the October 7, 2025 hearing (the "**Status Conference**") to provide this Court with an update with respect to matters concerning Garry Y. Itkin ("**Mr. Itkin**") and the Debtor pending before the Royal Court of Jersey (the "**Jersey Court**").

## **STATUS REPORT**

The Foreign Representatives file this Status Report to provide a brief update on the status of the proceedings in the Jersey Court. On September 22, 2025, the Jersey Court held a hearing on the Debtor's summons for judgment against Mr. Itkin due to his breach of a prior Jersey Court

order. *See Foreign Representative's Status Report* dated September 8, 2025 (Dkt. No. 180) (stating the Jersey Court scheduled a hearing for September 22 and explaining the reason for the hearing). At the September 22, 2025 hearing, the Jersey Court reserved judgment but the Foreign Representatives expect that a judgment will be issued shortly.

On September 24, 2025, Mr. Itkin filed a summons seeking to set off the Jersey Court's December 13, 2024 order for interim payment of costs against him from a default judgment against the Debtor he obtained in the Jersey Court in December 2016. As of the date hereof, this matter has not been set for a hearing or heard by the Jersey Court.

**WHEREFORE**, the Foreign Representatives respectfully request that this Court continue the Status Conference in this case until such other date that is convenient to the Court.

Dated: September 30, 2025         HERBERT SMITH FREEHILLS KRAMER (US) LLP


By:/s/ *Kyle J. Ortiz*
    Kyle J. Ortiz

Attorney to the Foreign Representatives of
GOLDEN SPHINX LIMITED

Dated: September 30, 2025         RAMLO LAW


By:/s/ *Kurt Ramlo*
    Kurt Ramlo

Local Counsel to the Foreign
Representatives of
GOLDEN SPHINX LIMITED

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 15021 Ventura Blvd. #544, Sherman Oaks, CA 90034.

A true and correct copy of the foregoing document entitled

## Foreign Representatives' Status Report

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 30, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Schuyler Carroll**   SCarroll@manatt.com, lduong@manatt.com
- **Benjamin R King**   bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- **Dare Law**   dare.law@usdoj.gov
- **Daniel J McCarthy**   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Kyle Ortiz**   kyle.ortiz@hsfkramer.com, dperson@teamtogut.com;rhoward@teamtogut.com;eblander@teamtogut.com
- **Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Oleg Stolyar**   astolyar@loeb.com
- **Boris Treyzon**   btreyzon@actslaw.com, pjs@actslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **September 30, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**None**.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 30, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**None**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2025 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**