RAMLO LAW
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

HERBERT SMITH FREEHILLS KRAMER (US) LLP
Kyle J. Ortiz (NY 4818571) (admitted *pro hac vice*)
Kyle.Ortiz@hsfkramer.com
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

Attorneys to the Foreign Representatives
of Golden Sphinx Limited

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOLDEN SPHINX LIMITED,<br><br>Debtor in a Foreign Proceeding. | Case No. 2:22-bk-14320-NB<br>Hon. Neil W. Bason<br><br>Chapter 15<br><br>**Foreign Representatives' Status Report**<br><br>Hearing Date: December 16, 2025<br>Hearing Time: 2:00 p.m.<br>Courtroom: 1545 and via ZoomGov |

Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives (in such capacity, the "**Foreign Representatives**") of Golden Sphinx Limited, a corporation organized and existing under the laws of Jersey (the "**Debtor**"), by and through their undersigned counsel, respectfully submit this status report in advance of the December 16, 2025 hearing (the "**Status Conference**") to provide this Court with an update with respect to matters concerning Garry Y. Itkin ("**Mr. Itkin**") and the Debtor pending before the Royal Court of Jersey (the "**Jersey Court**").

Case 2:22-bk-14320-NB    Doc 188    Filed 12/09/25    Entered 12/09/25 23:49:37    Desc
Main Document    Page 2 of 4

# STATUS REPORT

On November 19, 2025, Mr. Itkin filed the Motion for Court-Ordered Mediation (ECF No. 183) (the "**Mediation Motion**"), seeking to require the Foreign Representatives to participate in a "global mediation" of the matters currently before the Jersey Court. The Foreign Representatives have opposed the Mediation Motion (ECF No. 185), and the matter is currently scheduled for hearing before this Court on December 16, 2025.[1]

Since filing the Mediation Motion, the Jersey Court issued an order dated November 27, 2025, with directions for the proceedings before the Jersey Court. *See* Foreign Representatives' Opposition to Motion for Court-Ordered Mediation (ECF No. 185), Ex. 3 (the "**November Order**"). The November Order directed parties in relation to the progress of discovery and scheduled a further hearing before the Jersey Court for February 11, 2026. *Id*. at ¶ 5.

**WHEREFORE**, the Foreign Representatives respectfully request that this Court continue the Status Conference in this case until such other date that is convenient to the Court.

Dated: December 9, 2025

HERBERT SMITH FREEHILLS KRAMER (US) LLP

By: */s/ Kyle J. Ortiz*
Kyle J. Ortiz

Attorney to the Foreign Representatives of GOLDEN SPHINX LIMITED

---

[1] Mr. Itkin filed substantially similar motions in the Chapter 15 case relating to debtor Aleksandr Vitalievich Sabadash, Case No. 2:23-bk-15574-NB (ECF No. 138) and the dismissed involuntary Chapter 7 case against Itkin & Sabadash, Case No. 2:25-bk-11235-NB (ECF No. 118). The Foreign Representatives filed responses to the motions in each of those cases as well. *See* Case No. 2:23-bk-15574-NB (ECF No. 141) and Case No. 2:25-bk-11235-NB (ECF No. 121).

Dated: December 9, 2025

RAMLO LAW

By: */s/ Kurt Ramlo*
    Kurt Ramlo

Local Counsel to the Foreign
Representatives of
GOLDEN SPHINX LIMITED

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 15021 Ventura Blvd. #544, Sherman Oaks, CA 90034.

A true and correct copy of the foregoing document entitled

## Foreign Representatives' Status Report

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 9, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Schuyler Carroll**     SCarroll@manatt.com, lduong@manatt.com
- **Benjamin R King**     bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- **Dare Law**     dare.law@usdoj.gov
- **Daniel J McCarthy**     dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
- **Kyle Ortiz**     kyle.ortiz@hsfkramer.com, dperson@teamtogut.com;rhoward@teamtogut.com;eblander@teamtogut.com
- **Keith C Owens**     kowens@foxrothschild.com, khoang@foxrothschild.com
- **Oleg Stolyar**     astolyar@loeb.com
- **Boris Treyzon**     btreyzon@actslaw.com, pjs@actslaw.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **December 9, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 9, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 9, 2025 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**