| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Daniel J. McCarthy (SBN 101081)<br>Hill, Farrer & Burrill, LLP<br>515 S. Flower Street, 7th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 621-0802<br>Fax: (213) 624-4840<br>email: dmccarthy@hillfarrer.com<br><br>*Attorney for* Garry Y. Itkin | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**

| In re:<br>GOLDEN SPHINX LIMITED,<br><br>                                    Debtor(s). | CASE NO.:2:22-bk-14320-NB<br>CHAPTER: 15<br>ADVERSARY NO.: |
|---|---|
| <br>                                    Plaintiff(s),<br>vs.<br><br><br><br>                                    Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This  Chapter 15 case, combined with Itkin & Sabadash and Aleksandr Sabadash bankruptcy cases
         (Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:                                                                                  Alternate mediator:
 Bankruptcy Judge Meredith A. Jury (Ret.)                         _____
Name                                                                                         Name

_____                                                 _____
Firm name                                                                                  Firm name

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                       Page 1                                                       **F 702**

3607 Mount Rubidoux Dr.
Address

Riverside, CA 92501-2018
City, state, zip code

951-367-9875
Telephone

_____
Facsimile

majury470@gmail.com
Email address

_____
Address

_____
City, state, zip code

_____
Telephone

_____
Facsimile

_____
Email address

<u>The attorneys for the parties are</u>:

Attorney for  Garry Y. Itkin  :
Daniel J. McCarthy
Name
Hill, Farrer & Burrill, LLP
Firm name
515 S. Flower Str., 7th Floor
Address
Los Angeles, CA 90071
City, state, zip code
(213) 621-0802
Telephone
(213) 624-4840
Facsimile
dmccarthy@hllfarrer.com
Email address

**[Attach additional page(s) if necessary.]**

Attorneys for Andrew Wood & Alexander Adam
Kurt Ramlo
Name
Ramlo Law
Firm name
15021 Ventura Blvd. #544
Address
Los Angeles, CA 91403
City, state, zip code
(310) 880-9208
Telephone
_____
Facsimile
RamloLegal@gmail.com
Email address

- and -

Kyle J. Ortiz (NY 4818571) (admitted pro hac vice)
HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Kyle.Ortiz@hsfkramer.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*    Page 2    **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    - ☐ Objection to plan confirmation
    - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
    Specify grounds:_____

8. ☒ Other. Please specify: Relief from automatic stay; claims between foreign representatives and Mr. Itkin

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4.     $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☒ If more than $10,000,000,
    state amount: $ 50 million (alleged value of real property subject to Mr. Itkin's claims)
10. ☐ Money not at issue.

Instructions from the Court:

1.     Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                          Page 3                          **F 702**

    b.   <u>If Order is prepared by the judge:</u>

    (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

    (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

    (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.   <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

Date: _____    _____
                                                                             United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*    Page 4    **F 702**

[EXHIBIT – PARTIES' SIGNATURE PAGE]

**SUBMITTED JOINTLY BY:**

Date: January 14, 2026

Garry Y. Itkin
Printed name of party

*/s/ Garry Itkin*
Signature of party

Date: January 7, 2026

Daniel J. McCarthy
Printed name of party's attorney

*/s/ Daniel McCarthy*
(Signature of party's counsel)

Date: January 8, 2026

Alexander Adam and Andrew Wood, Foreign Representatives and Joint Liquidators of Golden Sphinx Ltd.
(Name of party)

*/s/*
(Signature of party)

Date: January 8, 2026

Kurt Ramlo and Kyle J. Ortiz
(Name of party's counsel)

*/s/ Kurt Ramlo*
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 5    F 702

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

515 S. Flower Street, 7th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/04/26, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL** (indicate method for each person or entity served):
On (*date*) 01/04/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator: Bankruptcy Judge Meredith A. Jury (Ret.), 3607 Mount Rubidoux Dr, Riverside, CA 92501-2018
Alternate Mediator:
Honorable Barry Russell, Mediation Program Administrator - 255 E. Temple, Room 1660, Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Bankruptcy Judge Meredith A. Jury (Ret.): via email  majury470@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/04/2026 | Sonia Padilla | /s/ Sonia Padilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Service List Via ECF**

Schuyler Carroll SCarroll@manatt.com, lduong@manatt.com
Benjamin R King bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
Dare Law dare.law@usdoj.gov
Daniel J McCarthy dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com
Kyle Ortiz kyle.ortiz@hsfkramer.com, dperson@teamtogut.com;rhoward@teamtogut.com; eblander@teamtogut.com
Keith C Owens kowens@foxrothschild.com, khoang@foxrothschild.com
Kurt Ramlo RamloLegal@gmail.com, kr@ecf.courtdrive.com, ramlo@recap.email
Oleg Stolyar astolyar@loeb.com
Boris Treyzon btreyzon@actslaw.com, pjs@actslaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov