United States Bankruptcy Court

Central District of California

In re:   Case No. 22-14320-NB

Golden Sphinx Limited   Chapter 15

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2   User: admin   Page 1 of 2
Date Rcvd: Jan 16, 2026   Form ID: pdf042   Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Golden Sphinx Limited, Suite 3, Burlington House, St. Saviours, St. Helier, JERSEY JE2 4LA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin R King | on behalf of Interested Party Alexander Ivanovich Gavva bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com |
| Boris Treyzon | on behalf of Creditor Garry Y. Itkin btreyzon@actslaw.com pjs@actslaw.com |
| Daniel J McCarthy | on behalf of Creditor Garry Y. Itkin dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Daniel J McCarthy | on behalf of Foreign Representative Andrew Wood dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Daniel J McCarthy | on behalf of Foreign Representative Alexander Adam dmccarthy@hillfarrer.com spadilla@hillfarrer.com;dflowers@hfbllp.com |
| Dare Law | on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov |
| Keith C Owens | on behalf of Interested Party Aleksandr Vitalievich Sabadash kowens@foxrothschild.com khoang@foxrothschild.com |
| Kurt Ramlo | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 16, 2026 | Form ID: pdf042 | Total Noticed: 0 |

on behalf of Debtor Golden Sphinx Limited RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo

on behalf of Foreign Representative Alexander Adam RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo

on behalf of Foreign Representative Andrew Wood RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Kyle Ortiz

on behalf of Foreign Representative Andrew Wood kyle.ortiz@hsfkramer.com
dperson@teamtogut.com;rhoward@teamtogut.com;eblander@teamtogut.com

Kyle Ortiz

on behalf of Foreign Representative Alexander Adam kyle.ortiz@hsfkramer.com
dperson@teamtogut.com;rhoward@teamtogut.com;eblander@teamtogut.com

Kyle Ortiz

on behalf of Debtor Golden Sphinx Limited kyle.ortiz@hsfkramer.com
dperson@teamtogut.com;rhoward@teamtogut.com;eblander@teamtogut.com

Oleg Stolyar

on behalf of Interested Party Alexander Ivanovich Gavva astolyar@loeb.com

Schuyler Carroll

on behalf of Interested Party Alexander Ivanovich Gavva SCarroll@manatt.com lduong@manatt.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 16

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Daniel J. McCarthy (SBN 101081)<br>Hill, Farrer & Burrill, LLP<br>515 S. Flower Street, 7th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 621-0802<br>Fax: (213) 624-4840<br>email: dmccarthy@hillfarrer.com<br><br>*Attorney for* Garry Y. Itkin, petitioning general partner | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 16 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ghaltchi  DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** <u>LOS ANGELES</u> **DIVISION**

| In re:<br><br>GOLDEN SPHINX LIMITED.<br><br>Debtor(s). | CASE NO.: 2:22-bk-14320-NB<br>CHAPTER: 15<br>ADVERSARY NO.: |
|---|---|
| <br><br>Plaintiff(s),<br>vs.<br><br><br><br>Defendant. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This <u>Chapter 15 case, combined with Itkin & Sabadash and Aleksandr Sabadash bankruptcy cases</u>
 (Adversary proceeding/name of dispute in main case)

is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

Mediator:  
<u>Bankruptcy Judge Meredith A. Jury (Ret.)</u>  
Name

Alternate mediator:  
_____  
Name

_____  
Firm name

_____  
Firm name

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*       Page 1       **F 702**

3607 Mount Rubidoux Dr.
Address

_____
Address

Riverside, CA 92501-2018
City, state, zip code

_____
City, state, zip code

951-367-9875
Telephone

_____
Telephone

_____
Facsimile

_____
Facsimile

Majury470@gmail.com
Email address

_____
Email address


The attorneys for the parties are:

Attorney for Garry Y, Itkin

Attorney for Andrew Wood & Alexander Adam

Daniel J. McCarthy
Name

Kurt Ramlo
Name

Hill, Farrer & Burrill LLP
Firm name

Ramlo Law
Firm name

515 S. Flower Str., 7th Floor
Address

15201 Ventura Blvd. #544
Address

Los Angeles, CA 90071
City, state, zip code

Los Angeles, CA 91403
City, state, zip code

(213) 621-0802
Telephone

(310) 880-9208
Telephone

(213) 624-4840
Facsimile

_____
Facsimile

dmccarthy@hillfarrer.com
Email address

RamloLegal@gmail.com
Email address


**[Attach additional page(s) if necessary.]**    - and -

Kyle J. Ortiz (NY 4818571) (admitted pro hac vice)

HERBERT SMITH FREEHILLS KRAMER (US) LLP

1177 Avenue of the Americas

New York, New York 10036

Telephone: (212) 715-9100

Kyle.Ortiz@hsfkramer.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*    Page 2    **F 702**

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
   ☐ Objection to plan confirmation
   ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☐ Dischargeability
   Specify grounds:_____

8. ☒ Other. Please specify: Relief from automatic stay; claims between foreign representatives and Mr. Itkin

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☒ If more than $10,000,000,
   state amount: $ 50 million (alleged value of real property subject to Mr. Itkin's claims)
10. ☐ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

   a. If Order is submitted to court by party(ies)

      (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

      (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                                      Page 3                                                      **F 702**

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.  <u>If Order is prepared by the judge:</u>

        (1)  The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

        (2)  The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]

_____

        (3)  The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.    <u>Other: [Attach additional page(s) if necessary.]</u>

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: January 16, 2026

Neil W. Bason
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*    Page 4    **F 702**

[EXHIBIT – PARTIES' SIGNATURE PAGE]

**SUBMITTED JOINTLY BY:**

Date: January 14, 2026

Garry Y. Itkin
Printed name of party

*Garry Itkin*
Signature of party

Date: January 7, 2026

Daniel J. McCarthy
Printed name of party's attorney

*[signature]*
(Signature of party's counsel)

Date: January 8, 2026

Alexander Adam and Andrew Wood, Foreign Representatives
(Name of party) and Joint Liquidators of Golden Sphinx Ltd.

*[signature]*
(Signature of party)

Date: January 8, 2026

Kurt Ramlo and Kyle J. Ortiz
(Name of party's counsel)

*[signature]*
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*                                     Page 5                                     **F 702**