RAMLO LAW
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

HERBERT SMITH FREEHILLS KRAMER (US) LLP
Kyle J. Ortiz (NY 4818571) (admitted *pro hac vice*)
Kyle.Ortiz@hsfkramer.com
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

Attorneys to the Foreign Representatives
of Golden Sphinx Limited

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOLDEN SPHINX LIMITED,<br><br>     Debtor in a Foreign Proceeding. | Case No. 2:22-bk-14320-NB<br><br>Hon. Neil W. Bason<br><br>Chapter 15<br><br>**Foreign Representatives' Status Report**<br><br>Hearing Date: April 21, 2026<br>Hearing Time: 2:00 p.m.<br>Courtroom: 1545 and via ZoomGov |

Andrew Wood and Alexander Adam, in their capacities as the joint liquidators and authorized foreign representatives of Golden Sphinx Limited, a corporation organized and existing under the laws of Jersey, by and through their undersigned counsel, respectfully submit this report in advance of the April 21, 2026 status conference to concur in the request by Garry Y. Itkin to continue this and the related status conferences until after June 1, 2026 (other than June 8 to 12, 2026, when his counsel will be out of the country).

Dated: April 15, 2026

HERBERT SMITH FREEHILLS KRAMER (US) LLP

By: */s/ Kyle J. Ortiz*
    Kyle J. Ortiz
Attorney to the Foreign Representatives of
GOLDEN SPHINX LIMITED

- and -

STATUS REPORT

Dated: April 15, 2026

RAMLO LAW

By: _/s/ Kurt Ramlo_
Kurt Ramlo
Local Counsel to the Foreign
Representatives of
GOLDEN SPHINX LIMITED

STATUS REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 15021 Ventura Blvd. #544, Sherman Oaks, CA  90034.

A true and correct copy of the foregoing document entitled

## Foreign Representatives' Status Report

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 15, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Schuyler Carroll     SCarroll@manatt.com, lduong@manatt.com**
- **Benjamin R King     bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com**
- **Dare Law     dare.law@usdoj.gov**
- **Daniel J McCarthy     dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;dflowers@hfbllp.com**
- **Kyle Ortiz     kyle.ortiz@hsfkramer.com, dperson@teamtogut.com;rhoward@teamtogut.com;eblander@teamtogut.com**
- **Keith C Owens     kowens@foxrothschild.com, khoang@foxrothschild.com**
- **Oleg Stolyar     astolyar@loeb.com**
- **Boris Treyzon     btreyzon@actslaw.com, pjs@actslaw.com**
- **United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **April 15, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 15, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2026 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**